# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| BARBARA YIM, individually and on behalf of all others similarly situated, *Plaintiff(s)* v. AMAZON.COM INC., *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:25-cv-04782-LJC |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Amazon.Com Inc.
410 Terry Avenue North
Seattle, Washington 98109

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

YANNI LAW APC
John C. Bohren (California State Bar No. 295292)
yanni@bohrenlaw.com
145 South Spring Street, Suite 850
Los Angeles, CA 90012
Telephone: (619) 433-2803

Poulin Willey Anastopoulo, LLC
Paul J Doolittle Esq
paul.doolittle@poulinwilley.com
32 Ann Street
Charleston, SC 29403
T: (803)222-2222

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Mark B.Busby*

Date: June 6, 2025

*Kim Means*
*Signature of Clerk or Deputy Clerk*