United States District Court
Northern District of California

1  UNITED STATES DISTRICT COURT

2  NORTHERN DISTRICT OF CALIFORNIA

3

4  Barbara Yim, individually and on behalf of all
   others similarly situated              ,          Case No.   3:25-cv-04782-LJC

5                    Plaintiff(s),

6           v.                                        **APPLICATION FOR ADMISSION
                                                      OF ATTORNEY PRO HAC VICE;
7  Amazon.Com Inc. et al.,              ,            ORDER**
                                                      (CIVIL LOCAL RULE 11-3)
8                    Defendant(s).

9

10       I, Paul J .Doolittle              , an active member in good standing of the bar of

11  South Carolina                    , hereby respectfully apply for admission to practice pro hac

12  vice in the Northern District of California representing:        **Barbara Yim**          in the

13  above-entitled action. My local co-counsel in this case is John Christian Bohren          , an

14  attorney who is a member of the bar of this Court in good standing and who maintains an office

15  within the State of California.  Local co-counsel's bar number is: 295292              .

16  32 Ann Street, Charleston, SC 29403          P.O. Box 12174 | San Diego, CA 92112

17  MY ADDRESS OF RECORD                          LOCAL CO-COUNSEL'S ADDRESS OF RECORD

18  803-222-2222                                   619-433-2803
    MY TELEPHONE # OF RECORD                       LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD
19
    paul.doolittle@poulinwilley.com                yanni@bohrenlaw.com
20  MY EMAIL ADDRESS OF RECORD                     LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

21

22       I am an active member in good standing of a United States Court or of the highest court of

23  another State or the District of Columbia, as indicated above; my bar number is: 66490          .

24       A true and correct copy of a certificate of good standing or equivalent official document

25  from said bar is attached to this application.

26       I have been granted pro hac vice admission by the Court 3        times in the 12 months

27  preceding this application.

28

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2    the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3    Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4    Dated: 07/01/2025                                    /s/ Paul J .Doolittle

5                                                         APPLICANT

6

7

8                            ORDER GRANTING APPLICATION

9                    FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11    IT IS HEREBY ORDERED THAT the application of Paul J .Doolittle         is

12    granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13    must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14    counsel designated in the application will constitute notice to the party.

15    Dated: July 1, 2025

16

17    _____

18                    UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

# The Supreme Court of South Carolina

## Certificate of Good Standing

I, Patricia A. Howard, Clerk of the Supreme Court of South Carolina, do hereby certify that Paul J. Doolittle (Paul J. Doolittle) was duly sworn and admitted as an attorney in this state on November 15, 1993 and is currently a regular member of the South Carolina Bar in good standing.

*Patricia A. Howard*
_____
CLERK

Columbia, South Carolina

July 01, 2025

This certificate of good standing was automatically generated using the South Carolina Attorney Information System. The current status of any person holding a license or certificate to practice law in South Carolina may be obtained using the search function at https://www.sccourts.org/attorneys/dspSearchAttorneys.cfm. For questions and concerns, please contact the Office of Bar Admissions at 803-734-1317.