1  Kevin S. Asfour (SBN 228993)
   kevin.asfour@klgates.com
2  K&L GATES LLP
   10100 Santa Monica Blvd., 8th Floor
3  Los Angeles, California 90067
   Telephone: (310) 552-5000
4  Facsimile: (310) 552-5001

5  Attorney for Defendant
   AMAZON.COM, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA YIM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SHENZHEN CHARMAST TECHNOLOGY CO., LTD., and AMAZON.COM, INC.,<br><br>Defendants. | Case No. 3:25-cv-04782-LJC<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (L.R. 6-1)**<br><br>Complaint Filed: June 5, 2025<br><br>Old Response Date: August 14, 2025<br>New Response Date: October 13, 2025 |

Pursuant to Local Rule 6-1, Defendant Amazon.com, Inc. ("Amazon") and Plaintiff Barbara Yim, by and through their undersigned counsel, stipulate to extend the time for Amazon to move, plead or otherwise respond to the complaint by sixty (60) days, such that Amazon's response is due on or before October 13, 2025. The parties state as follows in support of this stipulation:

1. Plaintiff filed the complaint in the above-captioned action on June 5, 2025.

2. The Court issued the summons for the complaint on June 6, 2025.

3. The summons and complaint in this action were served upon Amazon on July 24, 2025.

4. Amazon's response to the complaint is presently due on August 14, 2025.

5. The parties have agreed to extend the foregoing response deadline to October 13, 2025, which is an extension of not more than 60 days.

NOW, THEREFORE, the parties stipulate that Amazon shall have up to and including

1  October 13, 2025 to file and serve its response to Plaintiff's complaint.

Dated: August 13, 2025

By: *s/ Kevin S. Asfour*
Kevin S. Asfour
kevin.asfour@klgates.com
K&L GATES LLP
10100 Santa Monica Blvd., 8th Floor
Los Angeles, California 90067
Telephone: (310) 552-5000
Facsimile: (310) 552-5001

*Attorney for Defendant Amazon.com, Inc.*

Dated: August 13, 2025

By: *s/ John C. Bohren*
John C. Bohren
yanni@bohrenlaw.com
YANNI LAW
145 South Spring Street, Suite 850
Los Angeles, CA 90012
Telephone: (619) 433-2803

Paul J. Doolittle
paul.doolittle@poulinwilley.com
POULIN WILEY ANASTOPOULO, LLC
32 Ann Street
Charleston, SC 29403
Telephone: (803) 222-2222

**ATTESTATION OF SIGNATURES**

Pursuant L.R. 5-1(i)(3), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

Dated: August 13, 2025

By: *s/ Kevin S. Asfour*
Kevin S. Asfour
kevin.asfour@klgates.com
K&L GATES LLP
10100 Santa Monica Blvd., 8th Floor
Los Angeles, California 90067
Telephone: (310) 552-5000
Facsimile: (310) 552-5001

*Attorney for Defendant Amazon.com, Inc.*