| | |
|---|---|
| 1 | Kevin S. Asfour (SBN 228993) |
| | kevin.asfour@klgates.com |
| 2 | K&L GATES LLP |
| | 10100 Santa Monica Blvd., 8th Floor |
| 3 | Los Angeles, California 90067 |
| | Telephone: (310) 552-5000 |
| 4 | Facsimile: (310) 552-5001 |
| 5 | Attorney for Defendant |
| | AMAZON.COM, INC. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA YIM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SHENZHEN CHARMAST TECHNOLOGY CO., LTD., and AMAZON.COM, INC.,<br><br>Defendants. | Case No. 3:25-cv-04782-LJC<br><br>**DEFENDANT AMAZON.COM, INC.'S CORPORATE DISCLOSURE STATEMENT (FRCP 7.1) AND CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PARTIES (LOCAL RULE 3-15)** |

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and Civil L.R. 3-15, Defendant Amazon.com, Inc. ("Amazon") discloses that there is no parent corporation or publicly held corporation owning ten percent or more of its stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

Dated: August 13, 2025

By: *s/ Kevin S. Asfour*
Kevin S. Asfour
kevin.asfour@klgates.com
K&L GATES LLP
10100 Santa Monica Blvd., 8th Floor
Los Angeles, California 90067
Telephone: (310) 552-5000
Facsimile: (310) 552-5001

*Attorney for Defendant Amazon.com, Inc.*

---

CORPORATE DISCLOSURE STATEMENT (FRCP 7.1) AND CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PARTIES (LOCAL RULE 3-15)

1601247492.1