Andre R. Belanger
Paul J. Doolittle
andre.belanger@poulinwilley.com
paul.doolittle@poulinwilley.com
POULIN WILEY ANASTOPOULO, LLC
32 Ann Street
Charleston, SC 29403
Telephone: (803) 222-2222

John C. Bohren
yanni@bohrenlaw.com
YANNI LAW
145 South Spring Street, Suite 850
Los Angeles, CA 90012
Telephone: (619) 433-2803

Kevin S. Asfour (SBN 228993)
kevin.asfour@klgates.com
K&L GATES LLP
10100 Santa Monica Blvd., 8th Floor
Los Angeles, California 90067
Telephone: (310) 552-5000
Facsimile: (310) 552-5001

Attorney for Defendant
AMAZON.COM, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA YIM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SHENZHEN CHARMAST TECHNOLOGY CO., LTD., and AMAZON.COM, INC.,<br><br>Defendants. | Case No. 3:25-cv-04782-LJC<br><br>**STIPULATION TO ADJOURN INITIAL CASE MANAGEMENT CONFERENCE (L.R. 16-2)**<br><br>Complaint Filed: June 5, 2025<br><br>Old Initial Case Management Conference Date: September 4, 2025<br>New Initial Case Management Conference Date: September 25, 2025 |

Pursuant to Local Rule 16-2(e), the parties stipulate to adjourn the Initial Case Management Conference scheduled for September 4, 2025, by twenty-one (21) days to September 25, 2025. The parties state as follows in support of this stipulation:

1. Plaintiff filed the complaint in the above-captioned action on June 5, 2025.

2. The Court issued the summons for the complaint on June 6, 2025.

3. The summons and complaint in this action were served upon Amazon on July 24, 2025.

4. Amazon's response to the complaint is presently due on August 14, 2025.

5. The parties have agreed to extend the foregoing response deadline to October 13, 2025, which is an extension of not more than 60 days. The stipulation pertaining to an extension of time to respond to the Plaintiff's Complaint will be filed in a separate pleading.

6. The Initial Case Management Conference is currently scheduled for September 4, 2025. (ECF No. 6).

7. The parties have agreed and respectfully request that the Initial Case Management Conference be adjourned by twenty-one (21) days to September 25, 2025.

NOW, THEREFORE, the parties stipulate that the Initial Case Management Conference is adjourned to September 25, 2025.

Dated: August __, 2025

By: /s/ Kevin S. Asfour
Kevin S. Asfour
kevin.asfour@klgates.com
K&L GATES LLP
10100 Santa Monica Blvd., 8th Floor
Los Angeles, California 90067
Telephone: (310) 552-5000
Facsimile: (310) 552-5001

*Attorney for Defendant Amazon.com, Inc.*

2    Case No.3:25-cv-04782-LJC
STIPULATION TO ADJOURN CASE MANAGEMENT CONFERENCE
1601193593.2

Dated: August 13, 2025

By: /s/ Andre R.Belanger
Andre R.Belanger
Paul J. Doolittle
andre.belanger@poulinwilley.com
paul.doolittle@poulinwilley.com
POULIN WILEY ANASTOPOULO, LLC
32 Ann Street
Charleston, SC 29403
Telephone: (803) 222-2222

John C. Bohren
yanni@bohrenlaw.com
YANNI LAW
145 South Spring Street, Suite 850
Los Angeles, CA 90012
Telephone: (619) 433-2803

# DECLARATION OF ANDRE R. BELANGER

I, Andre R. Belanger, declare and state as follows:

1. I am an Attorney licensed in the State of Louisiana and admitted *Pro Hac Vice* on behalf of Plaintiff in the above-captioned action.

2. I submit this declaration in support of the Stipulation and Joint Request to extend the initial case management conference and ADR deadlines.

3. The parties propose to move the date of the initial case management conference from September 4, 2025 to September 25, 2025.

4. Counsel for Defendant and I have conferred and agree that a brief continuance of the case management conference is appropriate and would serve the interests of judicial economy and efficient case management.

5. Good cause exists for the requested continuance because additional time is needed for the parties to adequately meet and confer regarding the appropriate ADR process, as required under this Court's Local Rules and the Court's Standing Orders.

6. The additional time will also assist the parties in preparing a more meaningful Rule 26(f) report and Joint Case Management Statement addressing ADR options, proposed discovery, and a realistic case schedule.

7. There has been no other schedule change, or request to move dates, in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 13, 2025            /s/ Andre R. Belanger

                                  Andre R. Belanger

**ATTESTATION OF SIGNATURES**

Pursuant L.R. 5-1(i)(3), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

Dated: August 13, 2025

By: /s/ Kevin S. Asfour
Kevin S. Asfour
kevin.asfour@klgates.com
K&L GATES LLP
10100 Santa Monica Blvd., 8th Floor
Los Angeles, California 90067
Telephone: (310) 552-5000
Facsimile: (310) 552-5001

*Attorney for Defendant Amazon.com, Inc.*

*/s/ Andre R. Belanger*
Andre R. Belanger
Paul J. Doolittle
andre.belanger@poulinwilley.com
paul.doolittle@poulinwilley.com
POULIN WILEY ANASTOPOULO, LLC
32 Ann Street
Charleston, SC 29403
Telephone: (803) 222-2222

John C. Bohren
yanni@bohrenlaw.com
YANNI LAW
145 South Spring Street, Suite 850
Los Angeles, CA 90012
Telephone: (619) 433-2803

*Attorneys for Plaintiff Barbara Yim*

PURSUANT TO STIPULATION, IT IS SO ORDERED

August __, 2025

                                              Hon. Lisa J. Cisneros, U.S.M.J.