|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | NORTHERN DISTRICT OF CALIFORNIA |

BARBARA YIM, individually and on behalf of all others similarly situated,

Plaintiff(s),

v.

SHENZHEN CHARMAST TECHNOLOGY CO., LTD., and AMAZON.COM, INC.,

Defendant(s).

Case No. 3:25-cv-04782-ECM

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Jennifer J. Nagle, an active member in good standing of the bar of Massachusetts, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Amazon.com, Inc. in the above-entitled action. My local co-counsel in this case is Kevin S. Asfour, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 228993.

K&L Gates LLP
1 Congress Street, Suite 2900
Boston, MA 02114
MY ADDRESS OF RECORD

K&L Gates LLP
10100 Santa Monica Boulevard, 8th Floor
Los Angeles, CA 90067
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(617) 261-3100
MY TELEPHONE # OF RECORD

(310) 552-5000
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

jennifer.nagle@klgates.com
MY EMAIL ADDRESS OF RECORD

kevin.asfour@klgates.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 669325.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 17, 2025

/s/ Jennifer J. Nagle
APPLICANT

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Jennifer J. Nagle is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE



**The Commonwealth of Massachusetts**
SUPREME JUDICIAL COURT
CLERK'S OFFICE FOR THE COUNTY OF SUFFOLK
JOHN ADAMS COURTHOUSE
ONE PEMBERTON SQUARE, SUITE 1300
BOSTON, MASSACHUSETTS 02108-1707
WWW.MASS.GOV/COURTS

Telephone:
(617) 557-1100

General Email:
sjccountyclerk@sjc.state.ma.us

Bar Admission Email:
sjc.mass.bar.admission@jud.state.ma.us

ALLISON S. CARTWRIGHT
CLERK

August 8, 2025

Attorney Jennifer Janeira Nagle
Jennifer Nagle
1 Congress Street Suite 2900
Boston , MA  02114
jennifer.nagle@klgates.com

**IN RE:**      **CERTIFICATE OF ADMISSION AND GOOD STANDING**

Enclosed please find the Certificate of Admission and Good Standing for Commonwealth of Massachusetts Attorney **Jennifer Janeira Nagle .**  The certificate provides certification of the attorney's date of admission and current good standing at the Bar of the Commonwealth of Massachusetts.

If you have any questions or should need further assistance, please do not hesitate to contact the Attorney Services Department at either sjccertsgs@sjc.state.ma.us or 617-557-1050.

Very truly yours,

*Allison S. Cartwright*
Allison S. Cartwright, Clerk
Supreme Judicial Court for the County of Suffolk

ASC/jr
Clearance:  08/08/2025 08.07.2025
Enclosures

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on **November 29, 2007**, said Court being the highest Court of Record in said Commonwealth:

## Jennifer Janeira Nagle

being found duly qualified in that behalf, and having taken and subscribed

the oaths required by law, was admitted to practice as an Attorney, and, by virtue

thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth:

that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the

seal of said Court, this **eighth** day of **August**

in the year of our Lord **two thousand and twenty-five.**



*Allison S. Cartwright*

ALLISON S. CARTWRIGHT, CLERK

---

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification. X3116.

Amended January 2022, effective February 2022 for digital and/or electronic attestation for the Supreme Judicial Court for Suffolk County